**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CRISTIAN ARMANDO MARTINEZ SISALEMA,

Petitioner,

v.

Case No. 1:26-cv-00267-MIS-SCY

PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, Director, El Paso Field Office, Immigration and Customs Enforcement; and GEORGE DEDOS, Warden of Torrance County Detention Facility,

Respondents.

# FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Cristian Armando Martinez Sisalema and against Respondents Pamela Bondi, Kristi Noem, Todd Lyons, Mary De Anda-Ybarra and George Dedos.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE